LASALLE EXTENSION UNIVERSITY v. GUY CAPECELATRO.— Motion to dismiss

appeal granted, with ten dollars costs, unless appellant procure the record on appeal to be filed on or before February 28, 1931. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.